UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 15-23321 |
|---|---|---|
| TENESHA JONES | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ALLOWING METROPOLITAN CASUALTY INSURANCE COMPANY CO. A/S/O MARIA HOELLER'S MOTION TO MODIFY THE AUTOMATIC STAY AND THE CO-DEBTOR STAY TO PROCEED WITH CASE 14 M2 001815 TO THE EXTENT OF INSURANCE COVERAGE ONLY

This cause coming to be heard on the Motion to Modify the Automatic Stay filed by METROPOLITAN CASUALTY INSURANCE COMPANY CO. A/S/O MARIA HOELLERS to proceed with case 14 M2 001815 to the extent of insurance coverage only, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

(1) That the automatic stay as to Tenesha Jones pursuant to 11 U.S.C. section 362 is modified to allow METROPOLITAN CASUALTY INSURANCE COMPANY CO. A/S/O MARIA HOELLERS to proceed with case 14 M2 001815 to the extent of insurance coverage only.

(2) That the automatic stay as to Robert Kolb pursuant to 11 U.S.C. section 1301 is modified to allow METROPOLITAN CASUALTY INSURANCE COMPANY CO. A/S/O MARIA HOELLERS to proceed with case 14 M2 001815 to the extent of insurance coverage only.

(3) That Federal Bankruptcy Rule 4001(a)(3) is waived by the Court.

Enter:

Honorable Janet S. Baer

Dated:  November 05, 2015                United States Bankruptcy Judge

**Prepared by:**